UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IAN PERRY, <br><br>　　　　　　　Plaintiff, <br><br>　v. <br><br>STATE OF WASHINGTON, et al., <br><br>　　　　　　　Defendant. | CASE NO. 2:20-cv-01622-RSM-BAT <br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE** |

Based on the parties' Stipulated Motion to extend the deadline to amend pleadings, currently set for Friday April 30, 2021 (Dkt. 16), and for good cause shown, it is **ORDERED** that the parties' deadline to amend pleadings is extended until **May 21, 2021**.

DATED this 30th day of April, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND DEADLINE - 1