UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IAN PERRY,<br><br>           Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON, et al.,<br><br>           Defendants. | CASE NO. 2:20-cv-01622-RSM-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR EXPERT REPORTS** |

Pursuant to the parties' Stipulated Motion to Extend Deadline for Fed. R. Civ. P. 26(a)(2) Expert Witness Reports (Dkt. 19) and for good cause shown, it is **ORDERED** that the motion (Dkt. 19) is **GRANTED**. The parties' deadline to submit reports of expert witnesses is extended to **July 15, 2021**.

DATED this 14th day of May, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND DEADLINE FOR EXPERT
REPORTS - 1