The Honorable Ricardo S. Martinez  
The Honorable Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IAN PERRY, | Case No. 2:20-cv-01622-RSM-BAT |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |
| vs. | |
| STATE OF WASHINGTON, et al., | |
| Defendants. | Note on Motion Calendar: May 21, 2021 |

BEFORE this Court is the parties' Stipulated Motion for Leave to File First Amended Complaint. Having reviewed said motion and the pleadings and filings in support of and in opposition to, the Court deems itself otherwise fully advised of the premises.

Accordingly, **IT IS HEREBY ORDERED:**

The Stipulated Motion for Leave to File First Amended Complaint is **GRANTED**.

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT **-** 1
CASE NO. 2:20-cv-01622-RSM-BAT

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

**IT IS SO ORDERED.**

DATED this __21st__ day of ___May___, 2021.

_____
Honorable Brian A. Tsuchida
United States Magistrate Judge

Presented by:

CIVIL RIGHTS JUSTICE CENTER, PLLC

*/s/Darryl Parker*_____
Darryl Parker, WSBA #30770
Attorney for Plaintiff

Approved as to Form:

ROBERT W. FERGUSON
Attorney General

*/s/Michelle H. Hansen*_____
MICHELLE H. HANSEN, WSBA #14051
Assistant Attorney General
*Attorney for DOC Defendants*

WILLIAMS KASTNER

*/s/Heidi L. Mandt*_____
HEIDI L. MANDT, WSBA #26880
*Attorney for Defendant Marquetta Washington*

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT - 2
CASE NO. 2:20-cv-01622-RSM-BAT

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

# CERTIFICATE OF SERVICE

I, Krithi Basu, under penalty of perjury under the laws of the State of Washington, declare as follows:

I am a legal assistant at the Civil Rights Justice Center, PLLC, ad am over the age of 18. On the date in the manner indicated below, I caused the foregoing [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT and this CERTIFICATE OF SERVICE to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

DATED this 21st day of May, 2021 at Seattle, Washington.

*/s/ Krithi Basu*_____
**Krithi Basu,** Legal Assistant

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT - 3
CASE NO. 2:20-cv-01622-RSM-BAT

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183