# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IAN PERRY, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendant. | CASE NO. 2:20-cv-01622-RSM-BAT <br><br> **ORDER REGARDING PRETRIAL SCHEDULE FOLLOWING AMENDMENT OF COMPLAINT** |

The Court granted leave to file an amended complaint and Defendant answered the amended complaint on June 18, 2021. Dkt. 26. To avoid any confusion, unless the Parties move to amend, the pretrial scheduling order issued on December 29, 2020, Dkt. 15, remains in place.

DATED this 21st day of June 2021.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge