UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IAN PERRY,

        Plaintiff,

v.

STATE OF WASHINGTON, et al.,

        Defendants.

CASE NO. 2:20-cv-01622-RSM-BAT

**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR MEDIATION**

Pursuant to the parties' Stipulated Motion to Extend Deadline (Dkt. 28) and for good cause shown, it is **ORDERED** that the motion (Dkt. 28) is **GRANTED**. The parties' deadline to submit reports of expert witnesses is extended to **December 1, 2021**.

DATED this 30th day of September, 2021.

                                    BRIAN A. TSUCHIDA
                                    United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND DEADLINE FOR MEDIATION - 1