UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IAN PERRY, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | CASE NO. 2:20-cv-01622-RSM-BAT <br><br> **AMENDED ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR MEDIATION** |

Pursuant to the parties' Stipulated Motion to Extend Deadline (Dkt. 28) and for good cause shown, it is **ORDERED** that the motion (Dkt. 28) is **GRANTED**. The parties' deadline to complete mediation is extended to **December 1, 2021**.

DATED this 4th day of October, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

AMENDED ORDER GRANTING
STIPULATED MOTION TO EXTEND
DEADLINE FOR MEDIATION - 1