UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IAN PERRY,

                              Plaintiff,

        v.

STATE OF WASHINGTON, et al.,

                              Defendants.

CASE NO. 2:20-cv-01622-RSM-BAT

**AMENDED ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR MEDIATION**

        Pursuant to the parties' Stipulated Motion to Extend Deadline (Dkt. 43) and for good cause shown, it is **ORDERED** that the motion (Dkt. 43) is **GRANTED**. The parties' deadline to complete mediation is extended to **January 28, 2022**.

        DATED this 19th day of November, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

AMENDED ORDER GRANTING
STIPULATED MOTION TO EXTEND
DEADLINE FOR MEDIATION - 1