The Honorable Chief Judge Ricardo S. Martinez
The Honorable U.S. Magistrate Judge Brian Tsuchida

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IAN PERRY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF WASHINGTON, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, ARIEG AWAD, MARQUETTA WASHINGTON, and DOES 1-X inclusive,<br><br>　　　　Defendants. | NO. 2:20-cv-01622-RSM-BAT<br><br>STIPULATED MOTION TO FURTHER EXTEND DEADLINE FOR MEDIATION<br><br>NOTE ON MOTION CALENDAR:<br><br>January 28 , 2022 |

COMES NOW the parties, by and through their counsel of record, and by agreed stipulation respectfully request that this Court extend the current case scheduling order deadline for mediation from January 28, 2022 (Dkt. 45) to March 31, 2022. The parties are currently awaiting the Court's review and consideration of the Magistrate's Report and Recommendation, the parties' objections and responses to the Report and Recommendation and a determination on DOC Defendants' motion for summary judgment. (Dkts. 45, 48, 49, 50, 51). The parties agree that a new deadline of Friday, March 31, 2022, should provide ample time for the Court to issue its decision and then, if necessary, for all parties to participate in mediation in this case. The

STIPULATED MOTION TO FURTHER EXTEND DEADLINE FOR MEDIATION
NO. 2:20-cv-01622-RSM-BAT

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7352

parties have conferred with each other regarding this motion and the defendants have stipulated to the four-month extension of the deadline for mediation.

STIPULATED AND AGREED TO this 28th day of January, 2022.

CIVIL RIGHTS JUSTICE CENTER, PLLC

/s/ Darryl Parker (signature authorized by email)
Darryl Parker, WSBA #30770
Attorney for Plaintiff


ROBERT W. FERGUSON
Attorney General

/s/Michelle H. Hansen
MICHELLE H. HANSEN, WSBA No. 14051
Assistant Attorney General
Attorneys for Defendants State of Washington,
Its agency Department of Corrections and Areig Awad


WILLIAMS KASTNER
/s/Heidi L. Mandt (signature authorized by email)
HEIDI L. MANDT, WSBA #26880
Attorney for Defendant Marquetta Washington

STIPULATED MOTION TO FURTHER
EXTEND DEADLINE FOR MEDIATION
NO. 2:20-cv-01622-RSM-BAT

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2022, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Darryl Parker – Attorney for Plaintiff
Civil Rights Justice Center PLLC
DParker@civilrightsjusticecenter.com

Heidi L. Mandt – Attorney for Defendant Marquetta Washington
Willams Kastner
HMandt@williamskastner.com

DATED this 28th day of January, 2022.

ROBERT W. FERGUSON
Attorney General

/s/Michelle Hitomi Hansen
MICHELLE HITOMI HANSEN, WSBA No. 14051
Assistant Attorney General
Washington State Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Telephone: (206) 464-7352
Fax: (206) 587-4229
E-mail: Michelle.Hansen@atg.wa.gov
Attorneys for Defendants State of Washington, Its agency Department of Corrections and Areig Awad

STIPULATED MOTION TO FURTHER
EXTEND DEADLINE FOR MEDIATION
NO. 2:20-cv-01622-RSM-BAT

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352