The Honorable Chief Judge Ricardo S. Martinez
The Honorable U.S. Magistrate Judge Brian Tsuchida

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IAN PERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF WASHINGTON, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, ARIEG AWAD, MARQUETTA WASHINGTON, and DOES 1-X inclusive,<br><br>    Defendants. | NO. 2:20-cv-01622-RSM-BAT<br><br>ORDER GRANTING STIPULATED MOTION TO FURTHER EXTEND DEADLINE FOR MEDIATION |

Pursuant to the parties' Stipulated Motion to Further Extend Deadline for Mediation (Dkt. 52) and for good cause shown, it is **ORDERED** that the motion (Dkt. 52) is **GRANTED**. The parties' deadline to complete mediation is extended to **March 31, 2022.**

DATED this 15th day of February, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING STIPULATED
MOTION TO FURTHER EXTEND
DEADLINE FOR MEDIATION

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7352

Presented by:

ROBERT W. FERGUSON
Attorney General

/s/Michelle Hitomi Hansen
MICHELLE HITOMI HANSEN, WSBA No. 14051
Assistant Attorney General
Washington State Attorney General's Office
Attorneys for Defendants State of Washington,
Its agency Department of Corrections and Areig Awad

ORDER GRANTING STIPULATED
MOTION TO FURTHER EXTEND
DEADLINE FOR MEDIATION

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352