The Honorable Chief Judge Ricardo S. Martinez
The Honorable U.S. Magistrate Judge Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| IAN PERRY, | ) |
| | ) Case No. 2:20-cv-01622-RSM-BAT |
| Plaintiff, | ) |
| | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| | ) |
| STATE OF WASHINGTON, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

PLEASE TAKE NOTICE that the parties in the above-referenced action have reached a settlement of all claims. The parties will be filing a dismissal as soon as the settlement is finalized.

DATED this 15th day of June, 2022

CIVIL RIGHTS JUSTICE CENTER, PLLC

*s/ Darryl Parker*
DARRYL PARKER, WSBA No. 30770
2150 N 107th St, Ste 520
Seattle, WA 98133

NOTICE OF SETTLEMENT - 1
No. 2:20-cv-01622-RSM-BAT

**Civil Rights Justice Center PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 | Fax: (206) 659-0183

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing NOTICE OF SETTLEMENT and this CERTIFICATE OF SERVICE was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record.

DATED this 15th day of June, 2022.

*s/ Ariana Nilchian*
Ariana Nilchian, Legal Assistant

NOTICE OF SETTLEMENT - 2
No. 2:20-cv-01622-RSM-BAT

**Civil Rights Justice Center PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 | Fax: (206) 659-0183