The Honorable Chief Judge Ricardo S. Martinez
The Honorable U.S. Magistrate Judge Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IAN PERRY, | Case No. 2:20-cv-01622-RSM-BAT |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS** |
| vs. | |
| STATE OF WASHINGTON, et al., | |
| Defendants. | |

## I.  INTRODUCTION

Plaintiff Ian Perry by and through his attorney Darryl Parker, and Defendants State of Washington, Washington State Department of Corrections, Arieg Awad and Marquetta Washington, ARNP, by and through their attorneys, stipulate that all claims asserted, or which could have been asserted herein and between them, shall be dismissed with prejudice and without attorney's fees or costs to any party.

DATED this 6th day of September, 2022.

Stipulation and Order of Dismissal of
All Claims Against All Defendants
CASE NO. 2:20-cv-01622-RSM-BAT

Civil Rights Justice Center, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

1
2
3      CIVIL RIGHTS JUSTICE CENTER, PLLC
4
       */s/ Darryl Parker*_____
5      **Darryl Parker**, WSBA #30770
       *Attorney for Plaintiff Ian Perry*
6
7      WILLIAMS KASTNER
8
        */s/Heidi Mandt*_____
9      **Heidi L. Mandt**, WSBA #26880
       *Attorney for Defendants Marquetta*
10     *Washington*
11     OFFICE OF THE ATTORNEY GENERAL
12
       */s/Michelle Hansen*_____
13     **Michelle Hansen**, WSBA #14051
       *Attorney for Defendants State of*
14     *Washington, Washington State Department*
       *of Corrections, and Arieg Awad*
15
16
17
18
19
20
21
22
23

Stipulation and Order of Dismissal of
All Claims Against All Defendants
CASE NO. 2:20-cv-01622-RSM-BAT

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

## ORDER

**THIS MATTER** having come on before the undersigned judge of the above-entitled court, based on the foregoing stipulation, now, therefore,

**IT IS HEREBY ORDERED** that Plaintiff's complaint against Defendants is dismissed with prejudice and without costs or fees to any party.

DATED this _____ day of _____, 2022.

_____
HONORABLE RICARDO S. MARTINEZ

_____
HONORABLE BRIAN A. TSUCHIDA

Stipulation and Order of Dismissal of
All Claims Against All Defendants
Case No. 2:20-cv-01622-RSM-BAT

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

**CERTIFICATE OF SERVICE**

I, Brianna Cho, under penalty of perjury under the laws of the State of Washington, declare as follows:

I am a legal assistant at the Civil Rights Justice Center, PLLC, and am over the age of 18. On the date in the manner indicated below, I caused a true and correct copy of STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS and this CERTIFICATE OF SERVICE to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of the filing to all counsel of record.

DATED this 7th day of September, 2022 at Seattle, Washington.

*/s/ Brianna Cho*
**Brianna Cho,** Legal Assistant

Stipulation and Order of Dismissal of
All Claims Against All Defendants
CASE NO. 2:20-cv-01622-RSM-BAT

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183