The Honorable Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IAN PERRY, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | Case No. 2:20-cv-01622-RSM-BAT <br><br> **STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS** |

## ORDER

**THIS MATTER** having come on before the undersigned judge of the above-entitled court, based on the foregoing stipulation, now, therefore,

**IT IS HEREBY ORDERED** that Plaintiff's complaint against Defendants is dismissed with prejudice and without costs or fees to any party.

DATED this 8th day of September, 2022.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Stipulated Order of Dismissal of
All Claims Against All Defendants
CASE NO. 2:20-cv-01622-RSM-BAT

**Civil Rights Justice Center, PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

## CERTIFICATE OF SERVICE

I, Brianna Cho, under penalty of perjury under the laws of the State of Washington, declare as follows:

I am a legal assistant at the Civil Rights Justice Center, PLLC, and am over the age of 18. On the date in the manner indicated below, I caused a true and correct copy of STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS and this CERTIFICATE OF SERVICE to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of the filing to all counsel of record.

DATED this 7th day of September, 2022 at Seattle, Washington.

*/s/ Brianna Cho*
**Brianna Cho,** Legal Assistant

Stipulated Order of Dismissal of
All Claims Against All Defendants
CASE NO. 2:20-cv-01622-RSM-BAT

Civil Rights Justice Center, PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183